CLOSED,ANDA,PATENT

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:17−cv−00322−LPS

UCB, Inc. et al v. Mylan Technologies, Inc. et al  
Assigned to: Judge Leonard P. Stark  
Related Cases: 1:14−cv−01083−LPS−SRF  
                 1:16−cv−01023−LPS  
                 1:19−cv−00474−LPS  
Cause: 35:271 Patent Infringement  

Date Filed: 03/24/2017  
Date Terminated: 08/26/2019  
Jury Demand: None  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question  

**Plaintiff**

**UCB, Inc.**      represented by     **Jack B. Blumenfeld**  
Morris, Nichols, Arsht & Tunnell LLP  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
(302) 658−9200  
Email: jbbefiling@mnat.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Anthony David Raucci**  
Morris, Nichols, Arsht & Tunnell LLP  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
302−351−9392  
Email: araucci@mnat.com  
*ATTORNEY TO BE NOTICED*  

**Derek James Fahnestock**  
Morris, Nichols, Arsht & Tunnell LLP  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
302−658−9200  
Email: dfahnestock@mnat.com  
*ATTORNEY TO BE NOTICED*  

**Eleanor G. Tennyson**  
Morris, Nichols, Arsht & Tunnell LLP  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
302−351−9389  
*TERMINATED: 09/28/2018*  
*ATTORNEY TO BE NOTICED*  

**James S. Trainor , Jr.**  
Email: jtrainor@fenwick.com

                                        *PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                                        **Maryellen Noreika**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658−9200
Email: menefiling@mnat.com
*TERMINATED: 08/10/2018*

**Plaintiff**

**UCB Manufacturing Ireland Limited**      represented by  **Jack B. Blumenfeld**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Anthony David Raucci**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                        **Derek James Fahnestock**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                        **Eleanor G. Tennyson**
(See above for address)
*TERMINATED: 09/28/2018*
*ATTORNEY TO BE NOTICED*

                                        **James S. Trainor , Jr.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                                        **Maryellen Noreika**
(See above for address)
*TERMINATED: 08/10/2018*

**Plaintiff**

**UCB Pharma GmbH**      represented by  **Jack B. Blumenfeld**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Anthony David Raucci**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                        **Derek James Fahnestock**
(See above for address)
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **Eleanor G. Tennyson**<br>(See above for address)<br>*TERMINATED: 09/28/2018*<br>*ATTORNEY TO BE NOTICED* |
|  | **James S. Trainor , Jr.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Maryellen Noreika**<br>(See above for address)<br>*TERMINATED: 08/10/2018* |

**Plaintiff**

| | | |
|---|---|---|
| **LTS Lohmann Therapie–Systeme AG** | represented by | **Jack B. Blumenfeld**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Anthony David Raucci**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Derek James Fahnestock**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Eleanor G. Tennyson**<br>(See above for address)<br>*TERMINATED: 09/28/2018*<br>*ATTORNEY TO BE NOTICED* |
| | | **Maryellen Noreika**<br>(See above for address)<br>*TERMINATED: 08/10/2018* |

V.

**Defendant**

| | | |
|---|---|---|
| **Mylan Technologies, Inc.** | represented by | **Alissa M. Pacchioli**<br>Email: alissa.pacchioli@kattenlaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Deepro R. Mukerjee**<br>Email: deepro.mukerjee@kattenlaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jitendra Malik**<br>Email: jitty.malik@kattenlaw.com |

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph M. Janusz**
Email: joe.janusz@kattenlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lance A Soderstrom**
Email: lance.soderstrom@kattenlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephanie M. Roberts**
UNDELIVERABLE EMAIL 5/1/2019
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stamatios Stamoulis**
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999–1540
Email: stamoulis@swdelaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mylan Pharmaceuticals, Inc.**
*TERMINATED: 08/26/2019*

represented by **Alissa M. Pacchioli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deepro R. Mukerjee**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jitendra Malik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph M. Janusz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lance A Soderstrom**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephanie M. Roberts**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stamatios Stamoulis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mylan, Inc.**　　　　　　　　　　　　represented by **Alissa M. Pacchioli**
*TERMINATED: 08/26/2019*　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　*PRO HAC VICE*
　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Deepro R. Mukerjee**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jitendra Malik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph M. Janusz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lance A Soderstrom**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephanie M. Roberts**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stamatios Stamoulis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Mylan Pharmaceuticals, Inc.**　　　　represented by **Stamatios Stamoulis**
*TERMINATED: 08/26/2019*　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Mylan Technologies, Inc.**　　　　　　represented by **Stamatios Stamoulis**
　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Mylan, Inc.**<br>*TERMINATED: 08/26/2019* | represented by | **Stamatios Stamoulis**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **LTS Lohmann Therapie–Systeme AG** | represented by | **Jack B. Blumenfeld**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Derek James Fahnestock**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Eleanor G. Tennyson**<br>(See above for address)<br>*TERMINATED: 09/28/2018*<br>*ATTORNEY TO BE NOTICED*<br><br>**Maryellen Noreika**<br>(See above for address)<br>*TERMINATED: 08/10/2018* |

**Counter Defendant**

| | | |
|---|---|---|
| **UCB Manufacturing Ireland Limited** | represented by | **Jack B. Blumenfeld**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Derek James Fahnestock**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Eleanor G. Tennyson**<br>(See above for address)<br>*TERMINATED: 09/28/2018*<br>*ATTORNEY TO BE NOTICED*<br><br>**Maryellen Noreika**<br>(See above for address)<br>*TERMINATED: 08/10/2018* |

**Counter Defendant**

| | | |
|---|---|---|
| **UCB Pharma GmbH** | represented by | **Jack B. Blumenfeld**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Derek James Fahnestock**<br>(See above for address) |

*ATTORNEY TO BE NOTICED*

**Eleanor G. Tennyson**
(See above for address)
*TERMINATED: 09/28/2018*
*ATTORNEY TO BE NOTICED*

**Maryellen Noreika**
(See above for address)
*TERMINATED: 08/10/2018*

**Counter Defendant**

| | | |
|---|---|---|
| **UCB, Inc.** | represented by | **Jack B. Blumenfeld**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Derek James Fahnestock**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Eleanor G. Tennyson**<br>(See above for address)<br>*TERMINATED: 09/28/2018*<br>*ATTORNEY TO BE NOTICED*<br><br>**Maryellen Noreika**<br>(See above for address)<br>*TERMINATED: 08/10/2018* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2017 | Ï 1 | COMPLAINT FOR PATENT INFRINGEMENT filed against Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc. − Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number 0311−2109676.) − filed by UCB Manufacturing Ireland Limited, UCB, Inc., UCB Pharma GmbH, LTS Lohmann Therapie−Systeme AG. (Attachments: # 1 Exhibit A−E, # 2 Civil Cover Sheet)(ceg) (Entered: 03/27/2017) |
| 03/24/2017 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (ceg) (Entered: 03/27/2017) |
| 03/24/2017 | Ï 3 | Supplemental information for patent cases involving an Abbreviated New Drug Application (ANDA) − Date Patentee(s) Received Notice: 2/28/2017. Date of Expiration of Patent: See Attached.Thirty Month Stay Deadline: 8/28/2019. (ceg) (Entered: 03/27/2017) |
| 03/24/2017 | Ï 4 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 6,884,434 B1; 7,413,747 B2; 8,246,979 B2; 8,246,980 B2; 8,617,591 B2. (ceg) (Entered: 03/27/2017) |
| 03/24/2017 | Ï 5 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent UCB GmbH for UCB Pharma GmbH; Corporate Parent UCB S.A. for UCB Manufacturing Ireland Limited; Corporate Parent UCB S.A. through UCB Hoding Inc. for UCB, Inc.; Corporate Parent dievini Hopp BioTech Holding GmbH & Co. KG for LTS Lohmann Therapie−Systeme AG filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc. (ceg) (Entered: 03/27/2017) |

| | | |
|---|---|---|
| 03/27/2017 | ï | Summons Issued with Magistrate Consent Notice attached as to Mylan Pharmaceuticals, Inc. on 3/27/2017; Mylan Technologies, Inc. on 3/27/2017; Mylan, Inc. on 3/27/2017. Requesting party or attorney should pick up issued summons at the Help Desk, Room 4209, or call 302−573−6170 and ask the Clerk to mail the summons to them. (ceg) (Entered: 03/27/2017) |
| 03/29/2017 | ï | Case Assigned to Judge Leonard P. Stark. Please include the initials of the Judge (LPS) after the case number on all documents filed. (rjb) (Entered: 03/29/2017) |
| 03/29/2017 | ï 6 | SUMMONS Returned Executed by UCB Manufacturing Ireland Limited, UCB, Inc., UCB Pharma GmbH, LTS Lohmann Therapie−Systeme AG. Mylan Pharmaceuticals, Inc. served on 3/29/2017, answer due 4/19/2017. (Blumenfeld, Jack) (Entered: 03/29/2017) |
| 03/30/2017 | ï 7 | DECLARATION *of Mailing (as to service on Mylan Technologies, Inc. and Mylan Inc.)* by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Attachments: # 1 Exhibit A − D)(Blumenfeld, Jack) (Entered: 03/30/2017) |
| 04/19/2017 | ï 8 | ANSWER to 1 Complaint, , COUNTERCLAIM against All Plaintiffs by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc..(Stamoulis, Stamatios) (Entered: 04/19/2017) |
| 04/19/2017 | ï 9 | Disclosure Statement pursuant to Rule 7.1: identifying Other Affiliate Abbott Laboratories for Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc. filed by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc.. (Stamoulis, Stamatios) (Entered: 04/19/2017) |
| 04/19/2017 | ï 10 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) US 6,699,498 B1; . (Attachments: # 1 Exhibit A)(Stamoulis, Stamatios) (Entered: 04/19/2017) |
| 05/10/2017 | ï 11 | ANSWER to 8 Answer to Complaint, Counterclaim by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc..(Fahnestock, Derek) (Entered: 05/10/2017) |
| 06/12/2017 | ï 12 | Amended Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc.. (Stamoulis, Stamatios) (Entered: 06/12/2017) |
| 07/13/2017 | ï 13 | MOTION to Dismiss for Improper Venue − filed by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc.. (Attachments: # 1 Text of Proposed Order)(Stamoulis, Stamatios) (Entered: 07/13/2017) |
| 07/13/2017 | ï 14 | [SEALED] OPENING BRIEF in Support re 13 MOTION to Dismiss for Improper Venue filed by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc..Answering Brief/Response due date per Local Rules is 7/27/2017. (Stamoulis, Stamatios) (Entered: 07/13/2017) |
| 07/13/2017 | ï 15 | [SEALED] DECLARATION re 13 MOTION to Dismiss for Improper Venue , 14 Opening Brief in Support, *of Keith Meckstroth* by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc.. (Stamoulis, Stamatios) (Entered: 07/13/2017) |
| 07/14/2017 | ï 16 | MOTION for Pro Hac Vice Appearance of Attorney Deepro R. Mukerjee, Lance Soderstrom, Stephanie Roberts and Joseph M. Janusz − filed by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc.. (Stamoulis, Stamatios) (Entered: 07/14/2017) |
| 07/17/2017 | ï | SO ORDERED, re 16 MOTION for Pro Hac Vice Appearance of Attorney Deepro R. Mukerjee, Lance Soderstrom, Stephanie Roberts and Joseph M. Janusz filed by Mylan Technologies, Inc., Mylan Pharmaceuticals, Inc., Mylan, Inc. Signed by Judge Leonard P. Stark on 7/17/17. (ntl) (Entered: 07/17/2017) |
| 07/19/2017 | ï 17 | REDACTED VERSION of 14 Opening Brief in Support, by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc.. (Stamoulis, Stamatios) (Entered: 07/19/2017) |

| | | |
|---|---|---|
| 07/19/2017 | 18 | REDACTED VERSION of 15 Declaration by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc.. (Stamoulis, Stamatios) (Entered: 07/19/2017) |
| 07/25/2017 |  | Pro Hac Vice Attorney Stephanie M. Roberts,Deepro R. Mukerjee,Joseph M. Janusz,Lance A Soderstrom for Mylan Pharmaceuticals, Inc.,Stephanie M. Roberts,Deepro R. Mukerjee,Joseph M. Janusz,Lance A Soderstrom for Mylan Technologies, Inc.,Stephanie M. Roberts,Deepro R. Mukerjee,Joseph M. Janusz,Lance A Soderstrom for Mylan, Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (crb) (Entered: 07/25/2017) |
| 07/25/2017 | 19 | STIPULATION TO EXTEND TIME to Respond to Defendants' Motion to Dismiss for Improper Venue to August 10, 2017 − filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Fahnestock, Derek) (Entered: 07/25/2017) |
| 07/26/2017 |  | SO ORDERED, re 19 STIPULATION TO EXTEND TIME to Respond to Defendants' Motion to Dismiss for Improper Venue to August 10, 2017 filed by UCB Manufacturing Ireland Limited, LTS Lohmann Therapie−Systeme AG, UCB, Inc., UCB Pharma GmbH. Signed by Judge Leonard P. Stark on 7/26/17. (ntl) (Entered: 07/26/2017) |
| 07/26/2017 | 20 | MOTION for Pro Hac Vice Appearance of Attorney Kevin X. McGann, James S. Trainor, Jr. and Robert E. Counihan of WHITE & CASE LLP − filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Fahnestock, Derek) (Entered: 07/26/2017) |
| 07/26/2017 |  | SO ORDERED, re 20 MOTION for Pro Hac Vice Appearance of Attorney Kevin X. McGann, James S. Trainor, Jr. and Robert E. Counihan of WHITE & CASE LLP filed by UCB Manufacturing Ireland Limited, LTS Lohmann Therapie−Systeme AG, UCB, Inc., UCB Pharma GmbH. Signed by Judge Leonard P. Stark on 7/26/17. (ntl) (Entered: 07/26/2017) |
| 08/01/2017 | 21 | ORAL ORDER: IT IS HEREBY ORDERED that the Court will hear consolidated oral argument on August 24, 2017 on the motions to dismiss for improper venue in the following cases: UCB, Inc. v. Mylan Technologies, Inc. (C.A. No. 17−322−LPS D.I. 13), Mallinckrodt IP v. B. Braun Medical Inc. (C.A. No. 17−365−LPS D.I. 12; 17−660−LPS D.I. 8), and Bristol−Myers Squibb Company v. Mylan Pharmaceuticals Inc. (C.A. No. 17−379−LPS D.I. 14), with Chief Judge Stark and Magistrate Judge Burke jointly presiding. The parties in these cases present similar if not identical issues regarding venue in ANDA cases after the Supreme Court's decision in TC Heartland, and the Court will find it helpful to hear argument in all cases at the same time. The hearing will begin at 3:30 p.m., and each side, collectively, will have 45 minutes, divided among the parties as they see fit. In each of the cases identified in this Order, responsive briefs shall be filed no later than August 10, 2017 and reply briefs shall be filed no later than August 18, 2017. Ordered by Judge Leonard P. Stark on 8/1/2017. (etg) (Entered: 08/01/2017) |
| 08/10/2017 | 22 | MOTION to Transfer Case to District of Vermont (Conditional) − filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Fahnestock, Derek) (Entered: 08/10/2017) |
| 08/10/2017 | 23 | [SEALED] BRIEF (Combined Opening and Answering) re 22 MOTION to Transfer Case to District of Vermont (Conditional), 13 MOTION to Dismiss for Improper Venue filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc..Answering Brief/Response due date per Local Rules is 8/24/2017. Reply Brief due date per Local Rules is 8/17/2017. (Attachments: # 1 Exhibits A−G)(Fahnestock, Derek) (Entered: 08/10/2017) |
| 08/17/2017 | 24 | ORAL ORDER: IT IS HEREBY ORDERED that, in preparation for the consolidated oral argument on August 24, 2017, the parties in the following cases: UCB, Inc. v. Mylan Technologies, Inc. (C.A. No. 17−322−LPS), Mallinckrodt IP v. B. Braun Medical Inc. (C.A. No. 17−365−LPS; 17−660−LPS), and Bristol−Myers Squibb Company v. Mylan Pharmaceuticals Inc. (C.A. No. |

| | | |
|---|---|---|
| | | 17–379–LPS), shall meet and confer and, no later than August 22, file one joint status report indicating how the parties propose to divide their time, which parties will present which issues, and the order of presentation. Ordered by Judge Leonard P. Stark on 8/17/17. (etg) (Entered: 08/17/2017) |
| 08/18/2017 | 25 | REDACTED VERSION of 23 Brief (Combined Opening and Answering), by LTS Lohmann Therapie–Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Attachments: # 1 Exhibits A–G)(Fahnestock, Derek) (Entered: 08/18/2017) |
| 08/18/2017 | 26 | [SEALED] REPLY BRIEF re 13 MOTION to Dismiss for Improper Venue filed by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc.. (Stamoulis, Stamatios) (Entered: 08/18/2017) |
| 08/18/2017 | 27 | [SEALED] DECLARATION re 26 Reply Brief *of Keith Meckstroth* by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc.. (Stamoulis, Stamatios) (Entered: 08/18/2017) |
| 08/22/2017 | 28 | Joint STATUS REPORT by Bristol–Myers Squibb Company, Pfizer Inc.. (Farnan, Michael) (Entered: 08/22/2017) |
| 08/22/2017 | 29 | REDACTED VERSION of 26 Reply Brief by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc.. (Stamoulis, Stamatios) (Entered: 08/22/2017) |
| 08/22/2017 | 30 | REDACTED VERSION of 27 Declaration by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc.. (Stamoulis, Stamatios) (Entered: 08/22/2017) |
| 08/23/2017 | 31 | Letter to The Honorable Leonard P. Stark from Jack B. Blumenfeld regarding August 24, 2017 hearing. (Blumenfeld, Jack) (Entered: 08/23/2017) |
| 08/24/2017 |  | Minute Entry for proceedings held before Judge Leonard P. Stark and Judge Christopher J. Burke – Oral Argument held on 8/24/2017. (Court Reporter B. Gaffigan.) (ntl) (Entered: 08/25/2017) |
| 09/06/2017 | 32 | Official Transcript of Oral Argument Hearing held on August 24, 2017 en banc before Chief Judge Leonard P. Stark and Judge Christopher J. Burke. Court Reporter Brian Gaffigan, Telephone (302) 573–6360. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 9/27/2017. Redacted Transcript Deadline set for 10/10/2017. Release of Transcript Restriction set for 12/5/2017. (bpg) (Entered: 09/06/2017) |
| 09/11/2017 | 33 | ORAL ORDER: In light of the Court's filing today of its opinions in Boston Scientific Corporation ("BSC") v. Cook Group Incorporated, C.A. No. 15–980 (D.I. 315), and Bristol–Myers Squibb Co. ("BMS") v. Mylan Pharmaceuticals, Inc., C.A. No. 17–379 (D.I. 36), cases presenting venue challenges that may be similar in at least some respects to the venue challenge pending here, IT IS HEREBY ORDERED that: (1) on September 20, 2017, the parties shall file simultaneous opening letter briefs, not to exceed three (3) pages per side, addressing how the venue issue should be resolved here in light of BSC and BMS; and (2) on September 22, 2017, the parties shall file simultaneous responsive letter briefs, not to exceed two (2) pages per side. ORDERED by Judge Leonard P. Stark on 9/11/17. (ntl) (Entered: 09/11/2017) |
| 09/12/2017 | 34 | Letter to The Honorable Leonard P. Stark from Jack B. Blumenfeld regarding coordination of cases. (Blumenfeld, Jack) (Entered: 09/12/2017) |
| 09/20/2017 | 35 | [SEALED] Letter to The Honorable Leonard P. Stark from Stamatios Stamoulis regarding Impact of Recent Decisions on Motion to Transfer – re 33 Order,,,. (Stamoulis, Stamatios) (Entered: 09/20/2017) |
| 09/20/2017 | 36 | [SEALED] Letter to The Honorable Leonard P. Stark from Jack B. Blumenfeld regarding response to the Court's September 11, 2017 Order – re 33 Order,,,. (Blumenfeld, Jack) (Entered: 09/20/2017) |

| | | |
|---|---|---|
| 09/22/2017 | 37 | [SEALED] Letter to The Honorable Leonard P. Stark from Stamatios Stamoulis regarding Supplemental Letter on Motion to Transfer – re 33 Order,,, 36 Letter. (Stamoulis, Stamatios) (Entered: 09/22/2017) |
| 09/22/2017 | 38 | [SEALED] Letter to The Honorable Leonard P. Stark from Jack B. Blumenfeld regarding response to Mylan's September 20, 2017 letter regarding venue motion – re 35 Letter. (Attachments: # 1 Exhibit A)(Blumenfeld, Jack) (Entered: 09/22/2017) |
| 09/27/2017 | 39 | REDACTED VERSION of 36 Letter by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Fahnestock, Derek) (Entered: 09/27/2017) |
| 09/27/2017 | 40 | REDACTED VERSION of 38 Letter by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Attachments: # 1 Exhibit A)(Fahnestock, Derek) (Entered: 09/27/2017) |
| 12/01/2017 | 41 | MEMORANDUM ORDER re 13 MOTION to Dismiss for Improper Venue filed by Mylan Technologies, Inc., Mylan Pharmaceuticals, Inc., Mylan, Inc., and 22 MOTION to Transfer Case to District of Vermont filed by UCB Manufacturing Ireland Limited, LTS Lohmann Therapie−Systeme AG, UCB, Inc., UCB Pharma GmbH are DENIED WITHOUT PREJUDICE to renew after a period of venue−related discovery. Signed by Judge Leonard P. Stark on 12/1/17. (ntl) (Entered: 12/01/2017) |
| 12/08/2017 | 42 | Joint STATUS REPORT by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Fahnestock, Derek) (Entered: 12/08/2017) |
| 12/11/2017 |  | SO ORDERED re 42 Joint Status Report re scope and timing of discovery. Signed by Judge Leonard P. Stark on 12/11/17. (ntl) (Entered: 12/11/2017) |
| 01/08/2018 | 43 | STIPULATION TO EXTEND TIME for the parties to submit a proposed protective order and for Defendants to serve supplemental declarations address venue−related topics to January 12, 2018 and January 16, 2018, respectively – filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Fahnestock, Derek) (Entered: 01/08/2018) |
| 01/10/2018 |  | SO ORDERED, re 43 STIPULATION TO EXTEND TIME for the parties to submit a proposed protective order and for Defendants to serve supplemental declarations address venue−related topics to January 12, 2018 and January 16, 2018, respectively filed by UCB Manufacturing Ireland Limited, LTS Lohmann Therapie−Systeme AG, UCB, Inc., UCB Pharma GmbH. Signed by Judge Leonard P. Stark on 1/9/18. (ntl) (Entered: 01/10/2018) |
| 01/12/2018 | 44 | Joint STIPULATION TO EXTEND TIME to submit a proposed form of a protective order to January 16, 2018 – filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Fahnestock, Derek) (Entered: 01/12/2018) |
| 01/12/2018 |  | SO ORDERED, re 44 Joint STIPULATION TO EXTEND TIME to submit a proposed form of a protective order to January 16, 2018 filed by UCB Manufacturing Ireland Limited, LTS Lohmann Therapie−Systeme AG, UCB, Inc., UCB Pharma GmbH. Signed by Judge Leonard P. Stark on 1/12/18. (ntl) (Entered: 01/12/2018) |
| 01/16/2018 | 45 | STIPULATION TO EXTEND TIME to Submit Proposed Protective Order to January 17, 2018 – filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Fahnestock, Derek) (Entered: 01/16/2018) |
| 01/17/2018 | 46 | Joint STIPULATION TO EXTEND TIME to submit a proposed form of a protective order to January 18, 2018 – filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Fahnestock, Derek) (Entered: 01/17/2018) |

| | | |
|---|---|---|
| 01/18/2018 | 47 | PROPOSED ORDER −− Stipulated Protective Order −− by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Fahnestock, Derek) (Entered: 01/18/2018) |
| 01/22/2018 | Ï | SO ORDERED, re 45 STIPULATION TO EXTEND TIME to Submit Proposed Protective Order to January 17, 2018 filed by UCB Manufacturing Ireland Limited, LTS Lohmann Therapie−Systeme AG, UCB, Inc., UCB Pharma GmbH; 46 Joint STIPULATION TO EXTEND TIME to submit a proposed form of a protective order to January 18, 2018 filed by UCB Manufacturing Ireland Limited, LTS Lohmann Therapie−Systeme AG, UCB, Inc., UCB Pharma GmbH. Signed by Judge Leonard P. Stark on 1/22/18. (ntl) (Entered: 01/22/2018) |
| 01/22/2018 | Ï | SO ORDERED, re 47 Stipulated Protective Order. Signed by Judge Leonard P. Stark on 1/22/18. (ntl) (Entered: 01/22/2018) |
| 01/22/2018 | 48 | NOTICE OF SERVICE of (1) Plaintiffs' First Set of Venue−Related Requests for Production (Nos. 1−23); and (2) Plaintiffs' First Set of Venue−Related Interrogatories to Defendants (Nos. 1−8) filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc..(Fahnestock, Derek) (Entered: 01/22/2018) |
| 01/22/2018 | 49 | NOTICE to Take Deposition of Keith Meckstroth on April 10, 2018 filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc..(Fahnestock, Derek) (Entered: 01/22/2018) |
| 01/22/2018 | 50 | [SEALED] NOTICE to Take Deposition of Mylan Technologies, Inc., Mylan Pharmaceuticals, Inc. and Mylan, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) on April 5, 2018 filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc..(Fahnestock, Derek) (Entered: 01/22/2018) |
| 02/09/2018 | 51 | STIPULATION TO EXTEND TIME Various Discovery Deadlines to February 19, 2018 – filed by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc.. (Stamoulis, Stamatios) (Entered: 02/09/2018) |
| 02/13/2018 | Ï | SO ORDERED, re 51 STIPULATION TO EXTEND TIME Various Discovery Deadlines to February 19, 2018 filed by Mylan Technologies, Inc., Mylan Pharmaceuticals, Inc., Mylan, Inc. Signed by Judge Leonard P. Stark on 2/12/18. (ntl) (Entered: 02/13/2018) |
| 02/14/2018 | 52 | Amended STIPULATION TO EXTEND TIME Various Discovery Deadlines to February 20, 2018 – filed by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc.. (Stamoulis, Stamatios) (Entered: 02/14/2018) |
| 02/20/2018 | Ï | SO ORDERED, re 52 Amended STIPULATION TO EXTEND Various Discovery Deadlines filed by Mylan Technologies, Inc., Mylan Pharmaceuticals, Inc., Mylan, Inc. Signed by Judge Leonard P. Stark on 2/20/18. (ntl) (Entered: 02/20/2018) |
| 02/26/2018 | 53 | STIPULATION TO EXTEND TIME for Venue Related Discovery to (see Table in Stipulation for Dates) – filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Fahnestock, Derek) (Entered: 02/26/2018) |
| 03/02/2018 | Ï | SO ORDERED, re 53 STIPULATION TO EXTEND TIME for Venue Related Discovery to (see Table in Stipulation for Dates) filed by UCB Manufacturing Ireland Limited, LTS Lohmann Therapie−Systeme AG, UCB, Inc., UCB Pharma GmbH. Signed by Judge Leonard P. Stark on 3/2/18. (ntl) (Entered: 03/02/2018) |
| 03/05/2018 | 54 | Joint STIPULATION TO EXTEND TIME to change deadlines concerning venue related discovery to (see stipulation) – filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Fahnestock, Derek) (Entered: 03/05/2018) |
| 03/08/2018 | 55 | |

| | | |
|---|---|---|
| | | STIPULATION TO EXTEND TIME certain discovery deadlines to various dates – filed by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc.. (Stamoulis, Stamatios) (Entered: 03/08/2018) |
| 03/09/2018 | Ï | SO ORDERED, re 55 STIPULATION TO EXTEND TIME certain discovery deadlines to various dates filed by Mylan Technologies, Inc., Mylan Pharmaceuticals, Inc., Mylan, Inc., 54 Joint STIPULATION TO EXTEND TIME to change deadlines concerning venue related discovery to (see stipulation) filed by UCB Manufacturing Ireland Limited, LTS Lohmann Therapie−Systeme AG, UCB, Inc., UCB Pharma GmbH. Signed by Judge Leonard P. Stark on 3/9/18. (ntl) (Entered: 03/09/2018) |
| 03/15/2018 | 56 | STIPULATION TO EXTEND TIME concerning venue related discovery to dates as outlined in stipulation – filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Fahnestock, Derek) (Entered: 03/15/2018) |
| 03/19/2018 | Ï | SO ORDERED, re 56 STIPULATION TO EXTEND TIME concerning venue related discovery to dates as outlined in stipulation filed by UCB Manufacturing Ireland Limited, LTS Lohmann Therapie−Systeme AG, UCB, Inc., UCB Pharma GmbH. Signed by Judge Leonard P. Stark on 3/19/18. (ntl) (Entered: 03/19/2018) |
| 03/26/2018 | 57 | Joint STIPULATION TO EXTEND TIME concerning venue related discovery to various dates (see stipulation) – filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Fahnestock, Derek) (Entered: 03/26/2018) |
| 03/28/2018 | Ï | SO ORDERED, re 57 Joint STIPULATION TO EXTEND TIME concerning venue related discovery to various dates (see stipulation) filed by UCB Manufacturing Ireland Limited, LTS Lohmann Therapie−Systeme AG, UCB, Inc., UCB Pharma GmbH. Signed by Judge Leonard P. Stark on 3/28/18. (ntl) (Entered: 03/28/2018) |
| 04/02/2018 | 58 | STIPULATION Regarding Venue Discovery by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc.. (Stamoulis, Stamatios) (Entered: 04/02/2018) |
| 04/05/2018 | Ï | SO ORDERED, re 58 Stipulation Regarding Venue Discovery filed by Mylan Technologies, Inc., Mylan Pharmaceuticals, Inc., Mylan, Inc. Signed by Judge Leonard P. Stark on 4/5/18. (ntl) (Entered: 04/05/2018) |
| 04/11/2018 | 59 | NOTICE OF SERVICE of (1) Plaintiffs' First Set of Interrogatories to Defendants (Nos. 1−10) and (2) Plaintiffs' First Set of Requests for Production (Nos. 1−36) filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc..(Fahnestock, Derek) (Entered: 04/11/2018) |
| 04/12/2018 | 60 | MOTION for Pro Hac Vice Appearance of Attorney Peter C. Richardson and Traci Medford−Rosow – filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Fahnestock, Derek) (Entered: 04/12/2018) |
| 04/16/2018 | Ï | SO ORDERED, re 60 MOTION for Pro Hac Vice Appearance of Attorney Peter C. Richardson and Traci Medford−Rosow filed by UCB Manufacturing Ireland Limited, LTS Lohmann Therapie−Systeme AG, UCB, Inc., UCB Pharma GmbH. Signed by Judge Leonard P. Stark on 4/16/18. (ntl) (Entered: 04/16/2018) |
| 04/26/2018 | 61 | NOTICE OF SERVICE of Defendants' First Set of Requests for Production (Nos. 1−53) and Defendants' First Set of Interrogatories to Plaintiffs (Nos. 1−10) filed by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc..(Stamoulis, Stamatios) (Entered: 04/26/2018) |
| 05/01/2018 | 62 | NOTICE of Change of Firm by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc. (Stamoulis, Stamatios) (Entered: 05/01/2018) |
| 05/18/2018 | 63 | |

|  |  | NOTICE OF SERVICE of (1) Defendant Mylan Technologies, Inc., Mylan Pharmaceuticals Inc., and Mylan, Inc,s Responses and Objections to Plaintiffs First Set of Interrogatories to Defendants (Nos. 1–10) and (2) Defendant Mylan Technologies, Inc., Mylan Pharmaceuticals Inc., and Mylan, Inc.s Responses and Objections to Plaintiffs First Set of Requests for Production (Nos. 1–36) filed by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc..(Stamoulis, Stamatios) (Entered: 05/18/2018) |
|---|---|---|
| 05/23/2018 | 64 | NOTICE OF SERVICE of (1) Plaintiffs' Initial Disclosures Pursuant to Rule 26(a)(1), (2) Identification of Asserted Patents and Accused Products and (3) Plaintiffs' Paragraph 3 Initial Disclosures filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc..(Fahnestock, Derek) (Entered: 05/23/2018) |
| 05/23/2018 | 65 | NOTICE OF SERVICE of (1) Defendant Mylan Technologies, Inc., Mylan Pharmaceuticals Inc., and Mylan, Inc,s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and (2) Defendant Mylan Technologies, Inc., Mylan Pharmaceuticals Inc., and Mylan, Inc.s Initial Disclosures Pursuant to Paragraph 3 of the Default Standard for Discovery filed by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc..(Stamoulis, Stamatios) (Entered: 05/23/2018) |
| 05/30/2018 | 66 | NOTICE OF SERVICE of Plaintiffs' Initial Infringement Contentions filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc..(Tennyson, Eleanor) (Entered: 05/30/2018) |
| 06/01/2018 | 67 | NOTICE OF SERVICE of (1) Plaintiffs' Responses and Objections to Mylan Technologies, Inc., Mylan Pharmaceuticals Inc., and Mylan, Inc.'s First Set of Interrogatories to Plaintiffs (Nos. 1–11); and (2) Plaintiffs' Responses and Objections to Defendants Mylan Technologies, Inc., Mylan Pharmaceuticals Inc., and Mylan, Inc.'s First Set of Requests for Production (Nos. 1–53), filed by UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc..(Tennyson, Eleanor) (Entered: 06/01/2018) |
| 06/20/2018 | 68 | NOTICE OF SERVICE of Initial Invalidity Contentions filed by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc..(Stamoulis, Stamatios) (Entered: 06/20/2018) |
| 07/18/2018 | 69 | NOTICE of Change of Firm Affiliation by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc. (Tennyson, Eleanor) (Entered: 07/18/2018) |
| 07/18/2018 | 70 | MOTION for Pro Hac Vice Appearance of Attorney Silvia Medina − filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Tennyson, Eleanor) (Entered: 07/18/2018) |
| 07/19/2018 |  | SO ORDERED, re 70 MOTION for Pro Hac Vice Appearance of Attorney Silvia Medina filed by UCB Manufacturing Ireland Limited, LTS Lohmann Therapie−Systeme AG, UCB, Inc., UCB Pharma GmbH. Signed by Judge Leonard P. Stark on 7/19/18. (ntl) (Entered: 07/19/2018) |
| 09/21/2018 | 71 | MOTION for Pro Hac Vice Appearance of Attorney Alissa Piccoli and Jitendra Malik − filed by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc.. (Stamoulis, Stamatios) (Entered: 09/21/2018) |
| 09/25/2018 |  | SO ORDERED, re 71 MOTION for Pro Hac Vice Appearance of Attorney Alissa Piccoli and Jitendra Malik filed by Mylan Technologies, Inc., Mylan Pharmaceuticals, Inc., Mylan, Inc. Signed by Judge Leonard P. Stark on 9/25/18. (ntl) (Entered: 09/25/2018) |
| 09/28/2018 | 72 | NOTICE of Withdrawal of Eleanor G. Tennyson by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc. (Tennyson, Eleanor) (Entered: 09/28/2018) |
| 10/11/2018 |  |  |

| | | |
|---|---|---|
| | | Pro Hac Vice Attorney Jitendra Malik,Alissa M. Pacchioli for Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (crb) (Entered: 10/11/2018) |
| 11/14/2018 | 73 | STIPULATION TO EXTEND TIME for the parties to submit a status report regarding the venue to November 30, 2018 – filed by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc.. (Stamoulis, Stamatios) (Entered: 11/14/2018) |
| 11/16/2018 | Ï | SO ORDERED, re 73 STIPULATION TO EXTEND TIME for the parties to submit a status report regarding the venue to November 30, 2018 filed by Mylan Technologies, Inc., Mylan Pharmaceuticals, Inc., Mylan, Inc. Signed by Judge Leonard P. Stark on 11/16/18. (ntl) (Entered: 11/16/2018) |
| 11/26/2018 | Ï | Pro Hac Vice Attorney James S. Trainor, Jr for LTS Lohmann Therapie−Systeme AG, UCB Inc., UCB Manufacturing Ireland Limited, and UCB Pharma GmbH added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Associated Cases: 1:17−cv−00322−LPS, 1:16−cv−01023−LPS(ceg) (Entered: 11/26/2018) |
| 11/30/2018 | 74 | STIPULATION TO EXTEND TIME for the parties to submit a status report regarding venue to December 5, 2018 – filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Fahnestock, Derek) (Entered: 11/30/2018) |
| 12/06/2018 | 75 | Joint STIPULATION TO EXTEND TIME to Submit Status Report to December 13, 2018 – filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Raucci, Anthony) (Entered: 12/06/2018) |
| 12/11/2018 | Ï | SO ORDERED, re 74 STIPULATION TO EXTEND TIME for the parties to submit a status report regarding venue to December 5, 2018 filed by UCB Manufacturing Ireland Limited, LTS Lohmann Therapie−Systeme AG, UCB, Inc., UCB Pharma GmbH, 75 Joint STIPULATION TO EXTEND TIME to Submit Status Report to December 13, 2018 filed by UCB Manufacturing Ireland Limited, LTS Lohmann Therapie−Systeme AG, UCB, Inc., UCB Pharma GmbH. Signed by Judge Leonard P. Stark on 12/10/18. (ntl) (Entered: 12/11/2018) |
| 12/12/2018 | 76 | STIPULATION TO EXTEND TIME to Submit Status Report to December 20, 2018 – filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Fahnestock, Derek) (Entered: 12/12/2018) |
| 12/13/2018 | Ï | SO ORDERED, re 76 STIPULATION TO EXTEND TIME to Submit Status Report to December 20, 2018 filed by UCB Manufacturing Ireland Limited, LTS Lohmann Therapie−Systeme AG, UCB, Inc., UCB Pharma GmbH. Signed by Judge Leonard P. Stark on 12/13/18. (ntl) (Entered: 12/13/2018) |
| 12/20/2018 | 77 | Joint STATUS REPORT by Mylan Pharmaceuticals, Inc.. (Stamoulis, Stamatios) (Entered: 12/20/2018) |
| 12/28/2018 | 78 | ORAL ORDER: Having reviewed the parties' status report (D.I. 77), IT IS HEREBY ORDERED that the following schedule and page limitations shall apply to the forthcoming motion(s) to dismiss/transfer, should the parties file such motions: (i) Defendants' opening brief, not to exceed fifteen (15) pages, due on January 15; (ii) Plaintiffs' combined answering/opening brief, not to exceed fifteen (15) pages, due on January 29; (iii) Defendants' reply/response brief, not to exceed seven (7) pages, due on February 6; and (iv) Plaintiffs' reply brief, not to exceed seven (7) pages, due on February 14. Ordered by Judge Leonard P. Stark on 12/28/2018. (etg) (Entered: 12/28/2018) |
| 01/15/2019 | 79 | MOTION to Dismiss for Improper Venue – filed by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc.. (Attachments: # 1 Text of Proposed Order)(Stamoulis, Stamatios |

| | | |
|---|---|---|
| | | (Entered: 01/15/2019) |
| 01/15/2019 | 80 | [SEALED] OPENING BRIEF in Support re 79 MOTION to Dismiss for Improper Venue filed by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc..Answering Brief/Response due date per Local Rules is 1/29/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Stamoulis, Stamatios) (Entered: 01/15/2019) |
| 01/24/2019 | 81 | NOTICE of Change of Address by Stamatios Stamoulis (Stamoulis, Stamatios) (Entered: 01/24/2019) |
| 01/29/2019 | 82 | MOTION to Transfer Case to District of Vermont − filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Raucci, Anthony) (Entered: 01/29/2019) |
| 01/29/2019 | 83 | [SEALED] BRIEF (Combined Opening and Answering) re 82 MOTION to Transfer Case to District of Vermont, 79 MOTION to Dismiss for Improper Venue filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc..Answering Brief/Response due date per Local Rules is 2/12/2019. Reply Brief due date per Local Rules is 2/5/2019. (Attachments: # 1 Exhibit A−H)(Raucci, Anthony) (Entered: 01/29/2019) |
| 02/01/2019 | 84 | REDACTED VERSION of 83 Brief (Combined Opening and Answering), by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Attachments: # 1 Exhibit A−H)(Raucci, Anthony) (Entered: 02/01/2019) |
| 02/06/2019 | 85 | [SEALED] REPLY BRIEF re 79 MOTION to Dismiss for Improper Venue filed by Mylan Pharmaceuticals, Inc., Mylan Technologies, Inc., Mylan, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Stamoulis, Stamatios) (Entered: 02/06/2019) |
| 02/14/2019 | 86 | [SEALED] REPLY BRIEF re 82 MOTION to Transfer Case to District of Vermont filed by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Attachments: # 1 Exhibit I)(Raucci, Anthony) (Entered: 02/14/2019) |
| 02/25/2019 | 87 | REDACTED VERSION of 86 Reply Brief by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Attachments: # 1 Exhibit I)(Raucci, Anthony) (Entered: 02/25/2019) |
| 07/17/2019 | 88 | Letter to The Honorable Leonard P. Stark from Jack B. Blumenfeld regarding Requests to Transfer Action − re 79 MOTION to Dismiss for Improper Venue , 82 MOTION to Transfer Case to District of Vermont. (Blumenfeld, Jack) (Entered: 07/17/2019) |
| 07/19/2019 | 89 | Letter to the Honorable Leonard P. Stark from Stamatios Stamoulis regarding Venue Transfer − re 88 Letter. (Stamoulis, Stamatios) (Entered: 07/19/2019) |
| 08/15/2019 | 90 | ORAL ORDER: IT IS HEREBY ORDERED that if the parties still intend to submit a stipulation and proposed order to transfer this case (see D.I. 88, 89), they shall do so no later than August 21, 2019, or submit a joint status report either showing cause why they need additional time or advising the Court as to whether the motion to transfer (D.I. 82) remains ripe for decision. ORDERED by Judge Leonard P. Stark on 8/15/19. (ntl) (Entered: 08/15/2019) |
| 08/21/2019 | 91 | STIPULATION regarding Transfer to District of Vermont by LTS Lohmann Therapie−Systeme AG, UCB Manufacturing Ireland Limited, UCB Pharma GmbH, UCB, Inc.. (Fahnestock, Derek) (Entered: 08/21/2019) |
| 08/26/2019 | 92 | SO ORDERED, re 91 Stipulation and Order Regarding Transfer of Case to the District of Vermont −− Party Mylan, Inc. and Mylan Pharmaceuticals, Inc. terminated. Signed by Judge Leonard P. Stark on 8/26/19. (ntl) (Entered: 08/26/2019) |
| 08/26/2019 | | Case electronically transferred to District of Vermont. (ntl) (Entered: 08/26/2019) |