**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| UCB, INC., UCB MANUFACTURING IRELAND LIMITED, UCB PHARMA GMBH, and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>                Plaintiffs,<br>    v.<br><br>MYLAN TECHNOLOGIES, INC.,<br>                Defendants. | Case No. 2:19-cv-148 |

## Stipulation and Order for Dismissal

1. Plaintiffs' claims against Mylan as pled in the above-captioned action with respect to U.S. Patent Nos. 7,413,747 ("the '747 Patent"); 8,246,979 ("the '979 Patent"); 8,246,980 ("the '980 Patent"); and 8,617,591 ("the '591 Patent") (collectively the "Covenant Patents") are hereby dismissed with prejudice in accordance with a Covenant Not to Sue dated June 16, 2020 (the "Covenant"). This dismissal is made without prejudice to Plaintiffs' ability to assert the Covenant Patents for any other ANDA or as provided in the Covenant.

2. Plaintiffs' claims against Mylan as pled in the above-captioned action with respect to U.S. Patent No. 6,884,434 are hereby dismissed without prejudice.

3. Mylan's counterclaims solely directed to the 6,699,498 patent are dismissed with prejudice. Mylan reserves all other rights with respect to the Covenant Patents.

4. Each party will bear its own attorney's fees and costs.

{P0173529.1}

/s/ Kendall Hoechst
      Counsel for Plaintiffs


/s/ Paul J. Perkins
      Counsel for Mylan


**SO ORDERED:**

      /s/ William K. Sessions III
      William K. Sessions III
      United States District Court Judge

{P0173529.1}

| | |
|---|---|
| DINSE P.C. | PLANTE & HANLEY, P.C. |
| | |
| */s/* Kendall Hoechst | */s/* Paul J. Perkins |
| Ritchie E. Berger | Michael Hanley |
| Kendall A. Hoechst | Paul Perkins |
| DINSE P.C. | PLANTE & HANLEY, P.C. |
| 209 Battery Street, P.O. Box 988 | 82 Fogg Farm Rd |
| Burlington, VT 05401 | White River Junction, VT 05001 |
| (802) 864-5751 | (802) 295-3151 |
| rberger@dinse.com | mfhanley@plantehanley.com |
| khoechst@dinse.com | pjperkins@plantehanley.com |
| | |
| James S. Trainor, Jr. | Deepro R. Mukerjee |
| Kevin X. McGann | Lance Soderstrom |
| Catherine H. McCord | KATTEN MUCHIN ROSENMAN LLP |
| Silvia M. Medina | 575 Madison Avenue |
| FENWICK & WEST LLP | New York, NY 10022-2585 |
| 902 Broadway, Suite 14 | (212) 940-8800 |
| New York, NY 10010 | deepro.mukerjee@kattenlaw.com |
| (212) 430-2600 | lance.soderstrom@kattenlaw.com |
| | |
| Jack B. Blumenfeld | Jitendra Malik |
| Derek J. Fahnestock | Alissa M. Pacchioli |
| Anthony D. Raucci | KATTEN MUCHIN ROSENMAN LLP |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | 550 South Tryon, Street Suite 2900 |
| 1201 North Market Street | Charlotte, NC 28202-4213 |
| P.O. Box 1347 | (704) 444-2000 |
| Wilmington, DE 19899 | jitty.malik@kattenlaw.com |
| (302) 658-9200 | alissa.pacchioli@kattenlaw.com |
| | |
| Peter C. Richardson | *Attorneys for Defendant Mylan Technologies, Inc.* |
| Traci Medford-Rosow | |
| RICHARDSON & ROSOW LLC | |
| 147 East 37th Street | |
| New York, NY 10016 | |
| (646) 449-9055 | |

*Attorneys for Plaintiffs UCB, INC., UCB PHARMA GMBH and LTS LOHMANN THERAPIE-SYSTEME AG*

Dated: July 17, 2020

{P0173529.1}